# CLERK'S MINUTES
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| | | | |
|---|---|---|---|
| Before the Honorable Kirtan Khalsa, United States Magistrate Judge | | | |
| Motion Hearing | | | |
| Case Number: | 23CR1483 MLG | UNITED STATES vs. Warren-Begay | |
| Hearing Date: | 1/12/2024 | Time In and Out: | 11:41a.m.-11:54 a.m. |
| Courtroom Deputy: | C. Padilla | Courtroom: | Rio Grande |
| Defendant: | Seraphine Warren-Begay (not present) | Defendant's Counsel: | Justine Fox-Young |
| AUSA: | Not Present | Pretrial/Probation: | |
| Interpreter: | | Witness: | |

## Proceedings

Court calls case; Counsel for Defense enters her appearance; Counsel addresses Court regarding Motion for Additional Counsel; Court responds and questions; Defense responds; Court grants motion.

## Lafler/Frye

- ☐ Court finds defense counsel shared the plea offer with Defendant
- ☐ Court confirms that Defendant understands the offer, that Defendant discussed the offer with counsel, and that Defendant rejected the plea offer
- ☐ Court finds Defendant knowingly and voluntarily rejected plea offer
- ☐ A copy of the plea offer is attached to these minutes as a sealed exhibit

## Custody Status

- ☐ Defendant
- ☐ Conditions

## Other Ruling

- ☐