# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                                                                                         Cause No. 23 CR 1483 MLG

JOSEPHINE BEKAY, et al.,

    Defendants.

### ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE

This matter is before the Court on Defendant Seraphine Warren-Begay's Opposed Motion to Amend Conditions of Release to Allow Contact with her Sister and Brother-In-Law, (Doc. 50), Defendant Nelton Bekay's Motion to Amend Conditions of Release, (Doc. 52), and Defendant Josephine Bekay's Opposed Motion to Amend Conditions of Release, (Doc. 53). The Court, having reviewed the motions, heard the arguments of counsel and being fully informed in the premises, is of the opinion that the motions are well taken and should be granted.

It is therefore ordered the conditions of release for Josephine Bekay be and are hereby modified to permit her to have contact and communication with her sister and co-defendant, Seraphine Warren-Begay, with the condition that they are directed not to discuss the case and charges against them unless in the presence of their respective counsel.

It is further ordered, based on matters raised during the hearing on January 23, 2024, that the conditions of release be and are hereby modified to permit Ms. Bekay to travel throughout the state and District of Utah; and, if necessary to assist her mother in obtaining medical care, throughout the Four Corners area (having previously been restricted to travel in and between the two Utah counties where she lives and works).

It is so ordered.

                                                               _____
MATTHEW L. GARCIA
UNITED STATES DISTRICT JUDGE