# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable GREGORY B. WORMUTH

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | **CR 23-1483 MLG** | Date: | **2/12/2024** | Recording Information: | **LCR-SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **KRISTIN SOLIS** | Type of Hearing: | | **INITIAL APPEARANCE** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **ORLANDO BEGAY** | **DARCY RILEY, AFPD STANDING IN** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | **MARIA ARMIJO** | Interpreter: | **N/A** |
|---|---|---|---|
| Pretrial Officer: | **DIANA LOPEZ** | Court in Session: | **9:21-9:24 A.M./9:24-9:27 A.M. (3 MIN)** |

| | |
|---|---|
| ☐ | Agent sworn via telephone |
| ☒ | Court questions Defendant regarding his/her physical and mental condition, DOB |
| ☒ | Court advises Defendant of possible penalties and all constitutional rights |
| ☒ | ORAL Motion for Detention Hearing by Government |
| ☒ | Court grants ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Arraignment/Detention hearings to be set |
| ☒ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | Other: **DEFENDANT TO BE TRANSFERRED TO ALBUQUERQUE FOR ALL FURTHER PROCEEDINGS.** |